| | |
|---|---|
| 1 | Donald L. Samuels (State Bar No. 126287) |
| | Email: donald.samuels@hro.com |
| 2 | Diba D. Rastegar (State Bar No. 230681) |
| | Email: diba.rastegar@hro.com |
| 3 | HOLME ROBERTS & OWEN LLP |
| 4 | 800 W. Olympic Blvd., 4th Floor |
| | Los Angeles, CA 90015 |
| 5 | Telephone: (213) 572-4300 |
| | Facsimile: (213) 572-4400 |

ORIGINAL FILED

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
WARWICK CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EMC

DAVID SINGLETARY,

    Plaintiff,

v.

490-498 GEARY ST SAN FRANCISCO, CA 94102; WARWICK CALIFORNIA CORPORATION

AND DOES 1 THROUGH 10, Inclusive,

    Defendants.

CASE NO. CV 11 0705

DEFENDANT WARWICK CALIFORNIA CORPORATION'S DISCLOSURE STATEMENT

(FED. R. CIV. P. 7.1; LOCAL RULE 3-16)

---

1

WARWICK CALIFORNIA CORPORATION'S DISCLOSURE STATEMENT
*David Singletary v. Warwick California Corporation*

#25428 v1 lax



TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Warwick California Corporation submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16:

1. Warwick California Corporation is not a publicly-held corporation or other publicly-held entity.

2. Warwick California Corporation's parent corporation is Warwick Amusement Corporation.

3. No publicly-held corporation owns 10 percent or more of Warwick California Corporation's stock.

Dated: February 15, 2011

HOLME ROBERTS & OWEN LLP

By: /s/ Diba Rastegar
DONALD L. SAMUELS
DIBA D. RASTEGAR
Attorneys for Defendant
Warwick California Corporation

WARWICK CALIFORNIA CORPORATION'S DISCLOSURE STATEMENT
*David Singletary v. Warwick California Corporation*

#25428 v1 lax