UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SINGLETARY,<br><br>   Plaintiff,<br><br>v.<br><br>490-498 GEARY ST SAN FRANCISCO, CA 94102; WARWICK CALIFORNIA CORPORATION<br><br>AND DOES 1 THROUGH 10, Inclusive,<br><br>   Defendants. | CASE NO.  CV 11-00705 EMC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER, having come before the Court on the parties' Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court having reviewed the file and being fully advised,

ORDERS that this action be dismissed WITH PREJUDICE, each party to bear its own costs and attorney's fees.

Dated this __28th__ day of ____June____, 2011.

BY THE COURT

_____
JUDGE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

1
ORDER OF DISMISSAL WITH PREJUDICE
*David Singletary v. Warwick California Corporation*
CV 11-00705 EMC

#1523079 v1 den

# PROOF OF SERVICE
## 1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On June 27, 2011, I served the foregoing document described as **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☒ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF.

Executed on June 27, 2011, at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
MAUREEN COURTNEY

#25469 v1 lax

PROOF OF SERVICE

## SERVICE LIST

Theodore A. Pinnock, Esq.
LAW OFFICE OF THEODORE A. PINNOCK
712 Bancroft Road, #419
Walnut Creek, CA  94598

*Attorney for Plaintiff DAVID SINGLETARY*

Telephone:  (858) 206-7931
Facsimile:  (619) 923-2913